UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis A. Smith

   v.                                                                            No. 05-fp-374

New Hampshire State Prison, Warden, et al.


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **05-cv-374-JD**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   December 2, 2005

cc:     Dennis A. Smith, *pro se*