UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dennis A. Smith</u>

   v.                                              Civil No. 05-cv-374-JD

<u>New Hampshire State Prison, Warden, et al.</u>

**O R D E R**

Plaintiff seeks reconsideration of my order denying him a copy of two exhibits which he filed with his petition.[1] In his motion he said he was indigent, that he gets no prisoner pay, and that his mother is not in a position to fund copying charges. He requested copies on credit to be paid for in the future from an inmate account with no money in it. The court is not permitted to use government funds to make copies for him nor is it permitted to extend credit. The motion for reconsideration is denied.

   **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 23, 2006
cc:   Dennis A. Smith, *pro se*

---

[1] Exhibit 172 and 173 contain exactly 200 pages. The Clerk of Court's required charge is twenty cents per page. Plaintiff will be supplied copies when his $40.00 is received.