UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Dennis A. Smith</u>

     v.        Civil No. 05-cv-374-JD

<u>NH State Prison, Warden, et al.</u>


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 25, 2006, no objection having been filed.

  SO ORDERED.


May 17, 2006       /s/ Joseph A. DiClerico, Jr.
             Joseph A. DiClerico, Jr.
             United States District Judge


cc: Dennis Smith, pro se