```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Dennis Smith

    v.                        Civil No. 05-cv-374-JD

NH State Prison, Warden, et al.


ORDER

    Re: Document No. 117, Plaintiff's response/letter to Court Order re 5 large envelopes of documents

    Ruling: The plaintiff shall have until March 12, 2008 to inform this Court of the name and address of the person who has agreed to accept the 5 envelopes of documents.  This Court will not forward them to the Court of Appeals unless that Court requests that they be forwarded.  These documents were not considered by the Court because they were simply presented without detailed references as to their purpose.  In addition the plaintiff had requested this Court to act as a depository of these "discovery" materials, which the Court declined to do.


                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              U.S. District Judge

Date: February 26, 2008

cc:  Dennis Smith, pro se
     Danielle Leah Pacik, Esq.