UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Dennis Smith</u>

      v.                           Civil No. 05-cv-374-JD

<u>NH State Prison, Warden, et al.</u>


O R D E R

On February 11, 2008, Plaintiff Smith forwarded to this Court 5 large envelopes of loose documents.  Pursuant to Court Order dated February 26, 2008, the court addressed these documents and ordered the plaintiff to inform this Court of the name and address of the person who has agreed to accept these documents as the court had declined to act as a depository of these "discovery" materials.  On March 10, 2008, Plaintiff Smith responded to the Court order, however, no name nor address was provided.

     Wherein a Mandate has been issued on plaintiff's appeal, the discovery materials are herewith ordered to be returned to Plaintiff Smith.

     SO ORDERED.


November 20, 2008                                        /s/ Joseph A. DiClerico, Jr._____
                                                                Joseph A. DiClerico, Jr.
                                                                United States District Judge


cc:    Dennis Smith, pro se
       Danielle Leah Pacik, Esq.